Reset Form

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

Sherri Kellerman,

    Plaintiff(s),

v.

Bayer Healthcare Pharmaceuticals, Inc., et al.

    Defendant(s).

Case No: 3:14-cv-03680-WHA

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE (CIVIL LOCAL RULE 11-3)**

I, Ericka L. Downie, an active member in good standing of the bar of District of Columbia and Maryland, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Schering Corporation in the above-entitled action. My local co-counsel in this case is Alicia J. Donahue, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| Goodell, Devries, Leech, & Dann, LLP<br>One South Street, 20th Floor<br>Baltimore, MD 21202 | Shook, Hardy & Bacon L.L.P.<br>One Montgomery, Suite 2700<br>San Francisco, CA 94104 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| 410-783-4024 | 415-544-1900 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| edownie@gdldlaw.com | adonahue@shb.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 9812160107 (MD State) 979666 (DC); 26929 (USDC MD). A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: November 17, 2014

                                                           APPLICANT

---

## ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Ericka L. Downie is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: November 18, 2014.

UNITED STATES DISTRICT/MAGISTRATE JUDGE



District of Columbia Court of Appeals
Committee on Admissions
430 E Street, N.W. — Room 123
Washington, D. C. 20001
202 / 879-2710

I, JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, do hereby certify that

### ERICKA DOWNIE

was on MARCH 7, 2008  duly qualified and admitted as an attorney and counselor entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on September 25, 2014.

JULIO A. CASTILLO
Clerk of the Court

By: _____
        Deputy Clerk

# Court of Appeals of Maryland
### Annapolis, MD



## CERTIFICATE OF GOOD STANDING

STATE OF MARYLAND, ss:

I, Bessie M. Decker, Clerk of the Court of Appeals of Maryland, do hereby certify that on the sixteenth day of December, 1998,

### Ericka L. Downie

having first taken and subscribed the oath prescribed by the Constitution and Laws of this State, was admitted as an attorney of said Court, is now in good standing, and as such is entitled to practice law in any of the Courts of said State, subject to the Rules of Court.

In Testimony Whereof, I have hereunto set my hand as Clerk, and affixed the Seal of the Court of Appeals of Maryland, this eighteenth day of September, 2014.

*Bessie M. Decker*
Clerk of the Court of Appeals of Maryland



# Certificate of Good Standing

## UNITED STATES OF AMERICA

## DISTRICT OF MARYLAND

I, Felicia C. Cannon, Clerk of the United States District Court for the District of Maryland,

DO HEREBY CERTIFY that Ericka L. Downie, ESQ., BAR NUMBER 26929, was duly admitted to practice in the United States District Court for the District of Maryland on October 11, 2002, and is currently in good standing as a member of the bar of this Court.

Dated at Baltimore, Maryland

Date: September 18, 2014

Deputy Clerk

*This Certificate is valid for 90 days from the date signed.*

Certificate of Good Standing (Rev. 3/2012)