IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SHERRI KELLERMAN,

    Plaintiff,

    v.

BAYER HEALTHCARE PHARMACEUTICALS INC., MERCK & CO., INC., SCHERING CORPORATION, and MCKESSON CORPORATION,

    Defendant.

No. C 14-03680 WHA

**ORDER TO SHOW CAUSE RE PLAINTIFF'S FAILURE TO FILE A TIMELY OPPOSITION**

Plaintiff's opposition to defendant's motion to dismiss was due on November 21, 2014. Plaintiff did not file a timely opposition. The Court has already pushed back the deadline for plaintiff's opposition once, from October 13, 2014, to November 21, 2014 (Dkt. 29). The hearing date for defendant's motion to dismiss is currently set for January 8, 2014 at 8 A.M. Plaintiff is hereby **ORDERED TO SHOW CAUSE** as to why she did not file a timely opposition by **NOON ON DECEMBER 1, 2014**. If plaintiff wishes to oppose defendant's motion to dismiss, she shall attach her opposition to the response to this order. Defendant's reply to plaintiff's opposition will now be due by **DECEMBER 9, 2014**.

**IT IS SO ORDERED.**

Dated: November 26, 2014.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE