Reset Form

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Sherri Kellerman

Plaintiff(s),

v.

Bayer Healthcare Pharmaceuticals, Inc., et al.

Defendant(s).

Case No: 3:14-cv-3680-WHA

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE (CIVIL LOCAL RULE 11-3)**

I, Thomas Joseph Cullen, Jr., an active member in good standing of the bar of U.S. District Court for the District of Maryland / Court of Appeals of Maryland, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Bayer Healthcare Pharmaceuticals Inc., Merck & Co., Inc., Schering Corporation, McKesson Corporation in the above-entitled action. My local co-counsel in this case is Alicia J. Donahue, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| Goodell, Devries, Leech, & Dann, LLC<br>One South Street, 20th Floor<br>Baltimore, MD 21202 | Shook, Hardy & Bacon L.L.P.<br>One Montgomery, Suite 2700<br>San Francisco, CA 94104 |
| MY TELEPHONE # OF RECORD:<br>(410) 783-4019 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD:<br>(415) 544-1900 |
| MY EMAIL ADDRESS OF RECORD:<br>tjc@gdldlaw.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD:<br>adonahue@shb.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 04572.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 3-17-2015

APPLICANT

---

**ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**

IT IS HEREBY ORDERED THAT the application of Thomas Joseph Cullen, Jr. is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: March 17, 2015.

UNITED STATES DISTRICT/MAGISTRATE JUDGE

PRO HAC VICE APPLICATION & ORDER                                    October 2012